*In re* MANUEL E. RIVERA LAMOUTTE, querellado.

*Número:* TS-5028  *Resuelto:* 4 de noviembre de 2005

*Harry Anduze Montaño*, abogado de la parte peticionaria; *Roberto J. Sánchez Ramos* y *Salvador Antonetti Stutts*, procuradores generales.

## RESOLUCIÓN

Conforme a lo expresado en el informe presentado por el Procurador General y lo solicitado por la Sra. Carmen Carrón, tutora del Lcdo. Manuel E. Rivera Lamoutte, a través de su representación legal, *se autoriza la inactivación voluntaria de la profesión del licenciado Rivera Lamoutte por razones de salud.*

Lo pronunció y manda el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina.

(*Fdo.*) Dimarie Alicea Lozada
*Secretaria del Tribunal Supremo Interina*